UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 14, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEDRICK RAMON KEYE, JR.,<br><br>Defendant. | Case No.   2:22-mj-00108-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SEDRICK RAMON KEYE, JR. , Case No.  2:22-mj-00108-AC  Charge 21 USC 841(a)(1) , from custody for the following reasons:

    X    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other):

Issued at Sacramento, California on July 14, 2022, at 2:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire